IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PRENTIS RUPERT                                                                          PLAINTIFF

CASE NO. 3:17cv119 DPM/BD

MARTY BOYD, et al.                                                                   DEFENDANTS

## ORDER

Prentis Rupert, a pre-trial detainee at the Craighead County Detention Facility, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) In his complaint, Mr. Rupert alleges that Defendant Fears used excessive force against him, resulting in injury. In addition, he alleges that Defendants Boyd and Bowers violated his due process rights by failing to provide him a hearing before placing him in isolation. For screening purposes, Mr. Rupert has stated constitutional claims against each of the named Defendants, and service is proper.

The Clerk of Court is directed to prepare a summons for each Defendant. The United States Marshal is directed to serve copies of the complaint, with any attachments (docket entry #2), and summonses for these Defendants, without requiring prepayment of fees and costs or security. Service for the Defendants should be through the Craighead County Detention Facility, 901 Willett Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED this 16th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE