IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PRENTIS RUPERT**                                                                      **PLAINTIFF**

**V.**                              **CASE NO. 3:17-CV-119-DPM-BD**

**MARTY BOYD, et al.**                                                                **DEFENDANTS**

## ORDER

The Court appointed Joseph Martin Kraska to represent Mr. Rupert in this lawsuit. (Docket entry #39) Mr. Kraska has now moved to be relieved from representing Mr. Rupert. (#40) For good cause, the motion (#40) is GRANTED, and Mr. Kraska is relieved as counsel of record.

Attorney Adam Joseph Childers, Childers Law Firm, 315 North Broadway Street, North Little Rock, Arkansas 72114, telephone number (501) 309-3605, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent Plaintiff Prentis Rupert in all further proceedings in this case.

The Clerk of Court is directed to send Mr. Childers a copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, he should contact court staff 501-604-5114, and a copy of the file, or any portion requested, will be provided via compact disc free of charge. Under Local Rule 83.7, counsel must make written application to withdraw within 21 days of the date of this order or the appointment will be effective.

IT IS SO ORDERED, this 4th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE