# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**PRENTIS RUPERT**                                                                                       **PLAINTIFF**

**V.**                  **CASE NO. 3:17-CV-119-DPM-BD**

**MARTY BOYD, KEITH BOWERS**
**AND FEARS**                                                                       **DEFENDANTS**

## ORDER

Plaintiff Prentis Rupert is currently detained at the St. Lucie County Jail in Fort Pierce, Florida. Mr. Rupert filed this case pro se under 42 U.S.C. § 1983 after an incident that arose while he was incarcerated at the Craighead County Detention Facility in Jonesboro, Arkansas. (Docket entry #2) Mr. Rupert's excessive-force claims against Defendants Boyd and Bowers have been dismissed, as well as his official-capacity claims against Defendants Boyd, Bowers and Fears. (#38) His procedural due process claims against Defendants Bowers and Boyd remain for trial, as well as his excessive-force claim against Defendant Fears.

The parties have not previously consented to exercise of jurisdiction by a magistrate judge, an option available to them under 28 U.S.C. § 636(c)(1) and FED. R. CIV. P. 73(b). Adam Joseph Childers has recently been appointed to represent Mr. Rupert for trial purposes. (#41)

Accordingly, a jury trial setting on Judge D. P. Marshall's docket is now appropriate. The undersigned will continue to consider all pending motions until three weeks before trial, or thereafter as requested.

DATED this 2nd day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE