# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**PRENTIS RUPERT**                                                    **PLAINTIFF**

v.                          **No. 3:17-cv-119-DPM-BD**

**MARTY BOYD, Sheriff, Craighead
County; KEITH BOWERS, Jail
Administrator, Craighead County
Detention Center; and FEARS, Officer,
Craighead County Detention Center**            **DEFENDANTS**

## ORDER

Joint stipulation of dismissal, № 50, noted. The Court withdraws the reference. Rupert's complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2018