# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PRENTIS RUPERT                                                    PLAINTIFF

v.                          No. 3:17-cv-119-DPM

MARTY BOYD, Sheriff, Craighead
County; KEITH BOWERS, Jail
Administrator, Craighead County
Detention Center; and FEARS, Officer,
Craighead County Detention Center                                 DEFENDANTS

## JUDGMENT

Rupert's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 November 2018 to enforce the terms of the settlement agreement, if needed.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 October 2018